UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-08201-AS | Date | May 16, 2016 |
|---|---|---|---|
| Title | Gerrel Looney v. G. Swarthout, Warden | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**     (IN CHAMBERS)  ORDER TO SHOW CAUSE

    On October 20, 2015, Petitioner Gerrel Looney ("Petitioner"), proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition").  (Docket Entry No. 1).

    On February 16, 2016, the Court issued a Minute Order (ordering Petitioner to select one of five identified options), but inadvertently did not state Petitioner's correct name.  (Docket Entry No. 18).  That Minute Order was re-sent to Petitioner's new mailing address on February 17, 2016.  (Docket Entry No. 20).  Based on the Court's earlier mistake as to Petitioner's correct name, the Court issued another Minute Order on March 30, 2016 (following the filing of Respondent's Motion to Dismiss, Docket Entry No. 15, which Petitioner did not oppose), noting that Respondent had moved to dismiss the Petition on the Ground that the portion of Ground One concerning the sufficiency of the evidence supporting all of the convictions, as opposed to just the conviction for battery (Count 5) and the finding of great bodily injury for one of the assault convictions (Count 3 [Mohkami]) were unexhausted. The Court ordered Petitioner to select one of five identified options . (See Docket Entry No. 21), and expressly warned Petitioner that the failure to file a response to the Minute Order may result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or obey Court orders pursuant to Fed.R.Civ.P. 41(b).  (Id. at 5). The Court further warned Petitioner that the Petition would be subject to dismissal as a mixed Petition if he failed to select one of the five options identified in the March 30, 2016 Minute Order.  (Id.).

    As of today's date, Petitioner has failed to file a Response to the March 30, 2016 Minute Order.

    Accordingly, Petitioner is HEREBY ORDERED TO SHOW CAUSE why this action should not be dismissed as a mixed petition, pursuant to Rose v. Lundy, 455 U.S. 509, 522 (1982).  Petitioner may file a response to this Order by availing himself of one of the five options set forth in the Court's March 30,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-08201 (AS) | Date | May 16, 2016 |
|---|---|---|---|
| Title | Gerrel Looney v. G. Swarthout, Warden | | |

2016 Minute Order:

    (1) specifying the exact page and lines of the California Supreme Court pleading on which the portion of Ground One concerning the sufficiency of the evidence supporting all of his convictions, as opposed to just his conviction for battery (Count 5), and the finding of infliction of great bodily injury for one of the assault convictions (Count 3 [Mohkami]) was alleged;
    (2) voluntary dismissal of the entire action without prejudice;
    (3) voluntary dismissal of the unexhausted portion of Ground One, and proceeding on only the exhausted portion of Ground One ;
    (4) moving for a stay of this action pursuant to <u>Rhines v. Weber</u>, 544 U.S. 269 (2005), seeking a stay of the exhausted portion of Ground One while he returns to the state courts to exhaust the unexhausted portion of Ground One; or
    (5) Dismissing the unexhausted portion of Ground One, and moving for a stay of this action pursuant to <u>Kelly v. Small</u>, 315 F.3d 1063 (9th Cir. 2003), <u>overruled in part on other grounds by</u> <u>Robbins v. Carey</u>, 481 F.3d 1143, 1149 (9th Cir. 2007).

Information regarding the requirements for, and potential consequences of, each of these options are explained in the Court's March 30, 2016 Minute Order, <u>a copy of which is attached</u>.

Petitioner must file a response to this Order withing twenty (20) days (by no later than **June 6, 2016**) **.**

**Petitioner is warned that failure to comply with this Order will result in this action being dismissed with prejudice for his failure to prosecute and/or comply with Court orders pursuant to Fed.R.Civ.P. 41(b) and/or dismissal without prejudice as a mixed petition.**