UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-08201 (AS) | Date | September 12, 2016 |
|---|---|---|---|
| Title | Gerrel Looney v. G. Swarthout, Warden | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**       **(IN CHAMBERS)  ORDER TO SHOW CAUSE**


On October 20, 2015, Petitioner Gerrel Looney ("Petitioner"), proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"). (Docket Entry No. 1).

On February 16, 2016, the Court issued a Minute Order (ordering Petitioner to select one of five identified options), but inadvertently did not state Petitioner's correct name. (Docket Entry No. 18).  That Minute Order was re-sent to Petitioner's new mailing address on February 17, 2016.  (Docket Entry No. 20).  Based on the Court's earlier mistake as to Petitioner's correct name, the Court issued another Minute Order on March 30, 2016 (following the filing of Respondent's Motion to Dismiss, Docket Entry No. 15, which Petitioner did not oppose), noting that Respondent had moved to dismiss the Petition on the Ground that the portion of Ground One concerning the sufficiency of the evidence supporting all of the convictions, as opposed to just the conviction for battery (Count 5) and the finding of great bodily injury for one of the assault convictions (Count 3 [Mohkami]) were unexhausted. The Court ordered Petitioner to select one of five identified options . (See Docket Entry No. 21), and expressly warned Petitioner that the failure to file a response to the Minute Order may result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or obey Court orders pursuant to Fed.R.Civ.P. 41(b).   (Id. at 5). The Court further warned Petitioner that the Petition would be subject to dismissal as a mixed petition if he failed to select one of the five options identified in the March 30, 2016 Minute Order.  (Id.).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-08201 (AS) | Date | September 12, 2016 |
|---|---|---|---|
| Title | Gerrel Looney v. G. Swarthout, Warden | | |

Since Petitioner did not file a Response to the March 30, 2016 Minute Order, on May 16, 2016, the Court issued an Order to Show Cause. (Docket Entry No. 22). On June 7, 2016, Petitioner filed a "Motion for Stay and Abeyance Under the Rhines Case," selecting Option 4 of the Court's March 30, 2016 Minute Order (Docket Entry No. 24), thereby discharging the Order to Show Cause (Docket Entry No. 25).

On June 8, 2016, the Court issued a Minute Order, denying Petitioner's request for a stay and abeyance procedure under Rhines v. Weber, 544 U.S. 269 (2005). (Id. at 1). The Court order Petitioner to select one of the three remaining options identified in the Court's March 30, 2016 Minute Order, and expressly warned Petitioner that the failure to comply with the Minute Order may result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or comply with Court orders pursuant to Fed.R.Civ.P. 41(b). (Id. at 2). The Court further warned Petitioner that the Petitioner would be subject to dismissal as a mixed petition if he failed to select one of the three remaining options identified in the March 30, 2016 Minute Order. (Id.).

Even though Petitioner had received an extension of time to August 30, 2016 to file a Response to the Court's June 8, 2016 Minute Order, and even though Petitioner was given repeated warnings about dismissal of this action if he failed to file a Response to the Court's June 8 Minute Order (and August 1, 2016 Minute Order) (see Docket Entry Nos. 26, 30), as of today's date, Petitioner has failed to file a Response to the June 8, 2016 Minute Order (and August 1, 2016 Minute Order).

Accordingly, Petitioner is HEREBY ORDERED TO SHOW CAUSE why this action should not be dismissed as a mixed petition, pursuant to Rose v. Lundy, 455 U.S. 509, 522 (1982). Petitioner may file a response to this Order by availing himself of one of the three remaining options set forth in the Court's March 30, 2016 Minute Order (as discussed in the Court's June 8, 2016 and August 1, 2016 Minute Orders):

(1) voluntary dismissal of the entire action without prejudice;
(2) voluntary dismissal of the unexhausted portion of Ground One, and proceeding on only the exhausted portion of Ground One; or
 (3) Dismissing the unexhausted portion of Ground One, and  moving for a stay of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-08201 (AS) | Date | September 12, 2016 |
|---|---|---|---|
| Title | Gerrel Looney v. G. Swarthout, Warden | | |

this action pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003), overruled in part on other grounds by Robbins v. Carey, 481 F.3d 1143, 1149 (9th Cir. 2007).

Information regarding the requirements for, and  potential consequences of, each of these options are explained in the Court's March 30, 2016 Minute Order, a copy of which is attached.

Petitioner must file a response to this Order withing twenty (20) days (by no later than **October 3, 2016**) **.**

**Petitioner is warned that failure to comply with this Order will result in this action being dismissed with prejudice for his failure to prosecute and/or comply with Court orders pursuant to Fed.R.Civ.P. 41(b) and/or dismissal without prejudice as a mixed petition.**

|  |  | 0 | : | 0 |
|---|---|---|---|---|
|  |  |  |  | 0 |
| Initials | | | AF | |
| of Preparer | | | | |