1
2
3
4
5
6
7
8                     **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION**

10
11 GERREL LOONEY,                    )    Case No. CV 15-8201-AS
                                     )
12                 Petitioner,       )
                                     )
13                                   )         **JUDGMENT**
              v.                     )
14                                   )
   JOSIE GASTELO, Warden,            )
15                                   )
                  Respondent.        )
16                                   )
   _____   )
17
18
19      Pursuant to the "Memorandum Decision and Order of Dismissal,"
20
21      IT IS ADJUDGED that the Petition is denied and dismissed
22 with prejudice.
23
   DATED: February 22, 2018
24
25                                    _____
                                              /s/
26                                     ALKA SAGAR
                                  UNITED STATES MAGISTRATE JUDGE
27
28